Official Form 417A (12/23)

FILED/REC'D
2026 OCT 16 P 12:13
CLERK U.S. BANKRUPTCY COURT

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Robert Earl Carter and Casandra I. Barral Borgos

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) __________

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) __________

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Denying Motion For Sanctions For Willful Violation of Bankruptcy Discharge Injunction Order

2. State the date on which the judgment—or the appealable order or decree—was entered:
   October 5, 2026 and October 15, 2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Internal Revenue Service Attorney: Erika Tecua
   Trial Attorney
   P.O. Box 7238
   Washington, DC 20044

2. Party: __________ Attorney: __________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Robert S. Carter
Cassandra J. Band Bryn

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: October 15, 2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Robert E. Carter
2206 Highland Drive PMB 308
Eau Claire, WI 54701
715-514-1174

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]